IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


IRON WORKERS' MID-AMERICA )
PENSION PLAN, *et al*., )
)
              Plaintiffs, )     CIVIL ACTION
)
    vs. )     NO. 14 C 9705
)
JACK WRIGHT, d/b/a JW )     JUDGE REBECCA R. PALLMEYER
CONSTRUCTION, )
)
              Defendant. )

**AGREED MOTION**
**FOR ENTRY OF JUDGMENT**

Plaintiffs, IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.* and Defendant,

JACK WRIGHT, by and through their attorneys, hereby move this Court for entry of an Agreed

Judgment Order, a copy of which is attached as an Exhibit hereto.


Respectfully submitted,


/s/ Patrick N. Ryan                 /s/ David M. Duree
One of the Attorneys for the Plaintiffs      One of the Attorneys for the Defendant
Baum, Sigman, Auerbach & Neuman, Ltd.    David M. Duree and Associates
200 W. Adams Street, Suite 2200        312 S. Lincoln Ave.,
Chicago, IL 60606                 O'Fallon, IL 62269
(312) 236-4316                    (618) 628-0186
pryan@baumsigman.com          law@dmduree.net


I:\MIDJ\JW Construction\agreed mot. for entry jdgmt.03-26-15.pnr.kp.wpd

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that on or before the hour of 5:00 p.m., this 26th day of March 2015, he electronically filed the foregoing document (Agreed Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

> David M. Duree
> David M. Duree and Associates
> 312 S. Lincoln Ave.,
> O'Fallon,  IL 62269
> law@dmduree.net

> /s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
Email: pryan@baumsigman.com
I:\MIDJ\JW Construction\agreed mot. for entry jdgmt.03-26-15.pnr.kp.wpd